UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:
LINDA SCHLESINGER,                                  Chapter 11
                                                    Case No. 24-10190 (DSJ)
                        Debtor.
---------------------------------------------------------x

**ORDER: (A) CONDITIONALLY APPROVING DISCLOSURE STATEMENT;
(B) SCHEDULING COMBINED HEARING TO CONSIDER FINAL APPROVAL
OF DISCLOSURE STATEMENT AND PLAN CONFIRMATION; AND
(C) ESTABLISHING PLAN SOLICITATION, NOTICE AND OBJECTION
<u>PROCEDURES AND RELATED DATES AND DEADLINES</u>**

Linda Schlesinger (the "Debtor"), having moved for entry of an Order, pursuant to §§ 105, 1121, 1125, 1126, 1128 and 1129 of title 11 of the United States Code (the "Bankruptcy Code"), Rules 2002, 3017, 3018 and 3020 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and General Order M-634: (a) conditionally approving the Debtor's *Disclosure Statement in Connection With the Chapter 11 Plan of Reorganization of the Debtor*, dated December 23, 2024 (the "Disclosure Statement"); and (b) scheduling a combined hearing to consider final approval of the Disclosure Statement and confirmation of the Debtor's proposed *Chapter 11 Plan of Reorganization* (the "Plan")[1], also dated December 23, 2024; and due deliberation having been had thereon, and sufficient cause appearing therefor, it is

**ORDERED**, that the Disclosure Statement is hereby conditionally approved pursuant to §§ 1125(a) and (b) of the Bankruptcy Code; and it is further

**ORDERED**, that a combined a videoconference hearing to consider final approval of the Disclosure Statement and confirmation of the Plan shall be held before this Court **on January 30, 2025 at 10:00 a.m.** (the "Combined Hearing"); and it is further

---

[1] Capitalized terms utilized, but not defined herein, have the meanings ascribed to them in the Plan or in the Disclosure Statement.

**ORDERED**, that pursuant to § 1125(b) of the Bankruptcy Code, the Debtor is hereby authorized to solicit acceptances of the Plan in accordance with the terms of this Order; and it is further

**ORDERED**, that pursuant to § 1125(c) of the Bankruptcy Code, the Debtor is hereby authorized and directed to transmit copies of: (a) this Order; (b) the conditionally approved Disclosure Statement; and (c) the Plan (as an exhibit to the conditionally approved Disclosure Statement) (collectively, the "Solicitation Package") to: (i) all creditors of the Debtor who filed proofs of claim and/or were listed in the Debtor's schedules and/or their counsel; (ii) all persons who have filed notices of appearance pursuant to § 1109 of the Bankruptcy Code; (iii) to the extent not encompassed by the foregoing, all relevant taxing authorities and any entities potentially affected by the Plan; and (iv) the Office of the United States Trustee, by first class mail and/or email on or before January 5, 2025 if practicable and in no event later than January 6, 2025; and it is further

**ORDERED**, that the Debtor is authorized, but not directed, to serve copies of the Solicitation Package in double-sided form; and it is further

**ORDERED**, that the Debtor is hereby authorized and directed to transmit, simultaneously with the Solicitation Package, to all of the Debtor's impaired creditors and/or their counsel, a ballot conforming to Official Form 314, for use in voting their acceptance or rejection of the Plan; and it is further

**ORDERED**, that the Debtor shall promptly file an affidavit of service in accordance with this Order; and it is further

**ORDERED**, that completed ballots from creditors entitled to vote on the Plan must be submitted **so as to be received no later than January 23, 2025 by 5 pm**:

|  |  |
|---|---|
| If by regular mail: | Pick & Zabicki LLP<br>369 Lexington Avenue, 12th Floor<br>New York, NY  10017<br>Attn:  Douglas J. Pick, Esq. |
| If by e-mail: | dpick@picklaw.net |

and it is further

**ORDERED**, that objections, if any, to confirmation of the Plan shall: (a) be in writing and state with particularity the grounds therefor, (b) conform to the Bankruptcy Rules and the Local Bankruptcy Rules for the Southern District of New York, (c) state the name and address of the objecting party and the amount and nature of such party's claim or interest against the estate or any property of the Debtor, (d) be filed with the Court together with proof of service thereof, and (e) be served in a manner so as to actually be received by: (i) Pick & Zabicki LLP, 369 Lexington Avenue, 12th Floor, New York, New York 10017, Attn: Douglas J. Pick, Esq.; and (ii) the Office of the United States Trustee, Alexander Hamilton Custom House, One Bowling Green, Room 534, New York, New York 10004, Attn: Paul Schwartzberg, Esq., **on or before January 23, 2025**; and it is further

**ORDERED**, that the Plan Proponents shall file a ballot tabulation and certification of acceptances and rejections of the Plan, an affidavit and memorandum of law in support of Plan confirmation, and reply to any filed objection to Plan confirmation by January 28, 2025; and it is further

**ORDERED** that, to appear at the Combined Hearing, all participants must register with *eCourt Appearances* in advance of the hearing.  *eCourt Appearances* registration is required by both attorneys and non-attorney participants.   Attorneys with a CM/ECF account may find the program under the "Utilities" menu after logging on to CM/ECF.  Those without CM/ECF accounts may access the program on the website at https://ecf.nysb.uscourts.gov/cgi-

bin/nysbAppearances.pl. To register for *eCourt Appearances* and for more information on *eCourt Appearances*, including a tutorial, visit https://www.nysb.uscourts.gov/registering-remote-hearing-appearance-using-ecourt-appearances. **Appearances must be entered no later than January 29, 2025 at 4:00 p.m. (Prevailing Eastern Time).** ~~Once registered, *eCourt Appearances* will email the telephone number and/or video link for your hearing. You may register for hearings in advance, but the telephone number and/or video link will not be emailed to you until **48 hours before the hearing date.** Those registering with *eCourt Appearances* for hearings in less than 48 hours should allow up to 15 minutes after registration to receive the email with the telephone number and/or video link. Those unable to access *eCourt Appearances* must email Judge David S. Jones's Courtroom Deputy at: jones.chambers@nysb.uscourts.gov at least two (2) business days prior to the hearing. Your email must include your name, the case number(s), who you represent (if you are an attorney), hearing date, and phone number;~~ and it is further **[DSJ 1/6/25]**

        **ORDERED**, that in the event of any conflicts between the Disclosure Statement and this Order, the provisions of this Order shall govern.

Dated: New York, New York
      January 6, 2025

                                            *s/ David S. Jones*
                                       HONORABLE DAVID S. JONES
                                       UNITED STATES BANKRUPTCY JUDGE