Douglas J. Pick, Esq.
Eric C. Zabicki, Esq.
**PICK & ZABICKI LLP**
Counsel to the Debtor
369 Lexington Avenue, 12th Floor
New York, New York 10017
(212) 695-6000

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:
LINDA SCHLESINGER,                                               Chapter 11
                                                                Case No. 24-10190 (DSJ)

                                    Debtor.
-----------------------------------------------------------x     **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     )   ss.:
COUNTY OF NEW YORK   )

        ERIC C. ZABICKI, being duly sworn deposes and says:

        I am not a party to this action.    I am over the age of eighteen years and reside in Fairfield
County, Connecticut.

        I hereby certify that, on January 6, 2025, I served that certain: (1) *Order: (A) Conditionally
Approving Disclosure Statement; (B) Scheduling Combined Hearing to Consider Final Approval
of Disclosure Statement and Plan Confirmation; and (C) Establishing Plan Solicitation, Notice
and Objection Procedures and Related Dates and Deadlines*; (2) Disclosure Statement in
Connection With Chapter 11 Plan of Reorganization; (3) *Chapter 11 Plan of Reorganization* (as
an exhibit to the Disclosure Statement); and (4) *Ballot for Accepting or Rejecting Chapter 11 Plan
of Reorganization* upon the parties identified on the annexed Service List by (i) where indicated,
depositing true copies of same, enclosed in properly addressed, postage paid envelopes, in a post
office depository under the exclusive care and custody of the United States Postal Service within
the State of New York for First Class Mail delivery and (ii) where indicated, by electronic mail
transmission.

                                                        _____
                                                        ERIC C. ZABICKI

Sworn to before me this
7th day of January, 2025

STEPHEN H. FINKELSTEIN
Notary Public, State of New York
No. 01FI6298510
Qualified in Nassau County
Commission Expires Sept. 30, 20 26

## SERVICE LIST

| **VIA REGULAR MAIL** | **BY E-MAIL** |
|---|---|

**VIA REGULAR MAIL**

Dovemuehle Mortgage
1 Corporate Drive
Suite 360
Lake Zurich, IL 60047-8945

Hyundai Lease Titling Trust
P.O. Box 20809
Fountain Valley, CA 92728

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

NYS Attorney General
28 Liberty Street
New York, NY 10005

NYS Dept. of Labor
WA Harriman Campus
Building 12, #256
Albany, NY 12240

NYS Dept. of Taxation and Finance
Bankruptcy/Special Procedures Section
P.O. Box 5300
Albany, NY 12205-0300

NYS Unemployment Insurance Fund
P.O. Box 551
Albany, NY 12201

NYC Dept. of Finance
66 John Street
2nd Floor, Legal Dept.
New York, NY 10038

NYC Law Dept.
100 Church Street
New York, NY 10007

Superior Leasing
1205 Coney Island
Brooklyn, NY 11230

**BY E-MAIL**

Office of the United States Trustee
Attn: Paul K. Schwartzberg, Esq.
paul.schwartzberg@usdoj.gov

Flagstar Bank, N.A. f/k/a Signature Bank
c/o Platzer Swergold, et al.
Attn:   Clifford Katz, Esq.
ckatz@platzerlaw.com

Hedgerow Exclusive Properties
Attn:   Terry Cohen
terry@hedgerowexclusive.com

Douglas Elliman Real Estate
c/o Kasowitz Benson Torres LLP
Attn: Matthew B. Stein, Esq.
mstein@kasowitz.com

Estate of Sheldon H. Solow
c/o Rosenberg & Estis, P.C.
Attn:   Andrew Gottesman, Esq.
agottesman@rosenbergestis.com

Steven M. Cherniak
steven.m.cherniak@gmail.com

U.S. Dept. of Justice
c/o U.S. Attorney - Financial Litigation
Attn : Mollie Kornreich, Esq.
Mollie.Kornreich@usdoj.gov

HSBC Bank USA, N.A.
c/o Fein Such Kahn & Shepard, P.C.
Attn: Peter Lawrence, Esq.
plawrence@fskslaw.com

Linda Schlesinger
lwschlesinger@gmail.com

Stuart A. Schlesinger
stuartschlesinger1@gmail.com